1   Nathan J. Aman, Esq.
    Nevada Bar No. 8354
2   naman@renonvlaw.com
3   Jeremy B. Clarke, Esq.
    Nevada Bar No. 13849
4   jclarke@renonvlaw.com
    FAHRENDORF, VILORIA,
5     OLIPHANT & OSTER L.L.P.
    327 California Ave.
6   Reno, Nevada 89509
7   (775) 284-8888
    Attorneys for David Tackett

8

9                    UNITED STATES DISTRICT COURT
10                        DISTRICT OF NEVADA

11  DANIEL HARRINGTON and PAMELLA                  Case No.: 3:18-cv-00028-MMD-WGC
    HARRINGTON, Husband and Wife;
12
                       Plaintiffs,                  **JOINT STIPULATION AND**
13                                                  ~~[PROPOSED]~~ **ORDER TO SECURE**
    v.                                              **ORE**
14
    DAVID TACKETT; an individual AND
15  DOES 1 – 10, inclusive,

16                     Defendants.

17          Plaintiffs Daniel Harrington and Pamella Harrington (the "Harringtons"), by and through

18  their attorneys, Dickinson Wright PLLC, and Defendant David Tackett ("Mr. Tackett"), by and

19  through his attorneys, Fahrendorf, Viloria, Oliphant & Oster LLP (collectively, the "Parties"),

20  stipulate and agree as follows:

21          1.      The claim in this case arises from and relates to approximately 130,000 pounds

22  of No. 8 Turquoise, approximately four-and-a-half additional super-sacks of No. 8 Turquoise,

23
24  and any No. 8 Turquoise still needing to be collected from the No. 8 Mine in Eureka County,

25  Nevada ("Subject Ore").

26

27

28

FAHRENDORF,
VILORIA,
OLIPHANT
& OSTER L.L.P.

ATTORNEYS AND
COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P. O. Box 62 ~ RENO, NEVADA 89504
327 CALIFORNIA AVENUE ~ RENO, NEVADA 89509

ATTORNEYS AND
COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P. O. BOX 62 – RENO, NEVADA 89504
327 CALIFORNIA AVENUE – RENO, NEVADA 89509

FAHRENDORF,
VILORIA,
OLIPHANT
& OSTER L.L.P.

2.      On or about August 25, 2018, the Parties executed a hand-written document (the "Document") that included terms related to the potential sale of the Subject Ore from the Harringtons to Mr. Tackett. <u>See</u> ECF No. 1, at p. 7.

3.      In part, the Document provides that "David Tackett will be providing documentation from the Courts that he is rightful owner of rock and this agreement will provide amnesty to any claims against Harringtons." <u>Id</u>.

4.      Mr. Tackett took possession of the approximate 130,000 pounds of No. 8 Turquoise on August 25, 2018. The ore is currently being stored at Mr. Tackett's business in covered storage located at 2711 East Laken Dr., Flagstaff, Arizona 86004.

5.      The Parties dispute ownership of the Subject Ore in that the Harringtons and Mr. Tackett both claim legal title to the Subject Ore.

6.      Until ownership of the Subject Ore and resolution of this litigation is determined, the Parties desire to maintain the status quo regarding the possession and condition of the Subject Ore, until the claim and ownership are decided on the merits and/or further order of the Court.

The Court being fully apprised of the circumstances, good cause appearing, and having found that the joint stipulation is well-taking, it is hereby ORDERED, ADJUDGED and DECREED as follows:

i.      Mr. Tackett shall maintain the approximate 130,000 pounds of No. 8 Turquoise in the covered storage at his business located at 2711 East Laken Dr., Flagstaff, Arizona 86004 throughout the pendency of this litigation.

ii.      The Harringtons shall maintain the approximately four-and-a-half super sacks of No. 8 Turquoise at their residence throughout the pendency of this litigation.

iii.      Each Party shall allow the opposing Party to inspect, photograph and weigh the Subject Ore held at the respective locations at a mutually convenient time.

iv.    The Parties shall not transfer, sell, or otherwise dispose of the Subject Ore in their respective possession throughout the pendency of this litigation.

DATED this 9th day of May, 2018.

DATED this **9TH** day of May, 2018.

DICKINSON WRIGHT PLLC

FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P.

_____
KENNETH K. CHING
Nevada Bar No. 10542
Email: kching@dickinsonwright.com
100 West Liberty St. Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (844) 670-6009

*Attorneys for Plaintiffs*

_____
Nathan J. Aman
Nevada Bar No. 8354
Email: naman@renonvlaw.com
Jeremy B. Clarke
Nevada Bar No. 13849
Email: jclarke@renonvlaw.com
327 California Ave.
Reno, NV 89509

*Attorneys for Defendant*

### ORDER

IT IS SO ORDERED.

DATED: May 10, 2018 _____

_____
United States Magistrate Judge

ATTORNEYS AND
COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P. O. BOX 62 – RENO, NEVADA 89504
327 CALIFORNIA AVENUE – RENO, NEVADA 89509

FAHRENDORF,
VILORIA,
OLIPHANT
& OSTER L.L.P.