1  DICKINSON WRIGHT PLLC
   KENNETH K. CHING
2  Nevada Bar No. 10542
   Email: kching@dickinsonwright.com
3  100 West Liberty St. Suite 940
   Reno, NV 89501
4  Tel: (775) 343-7500
   Fax: (844) 670-6009
5
   *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HARRINGTON and PAMELLA HARRINGTON, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID TACKETT, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-00028-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT AND ANSWER** |

Plaintiffs Daniel Harrington and Pamella Harrington ("Plaintiffs"), by and through their attorneys, Dickinson Wright PLLC, and Defendant David Tackett ("Defendant"), by and through his attorneys, Fahrendorf, Viloria, Oliphant & Oster LLP (collectively, the "Parties"), stipulate and agree as follows:

1. On April 24, 2018, the Parties appeared before this Court on David Tackett's Motion to Set Aside Default. (ECF No. 8).

2. On April 27, 2018, this Court entered an Order granting Mr. Tackett's Motion to Set Aside Default, which provided that Mr. Tackett "shall have FOURTEEN DAYS from the date of this Order to file an answer or otherwise respond to the complaint." (ECF No. 16).

3. Legal counsel for the Parties have conferred and believe that it may be beneficial for the Parties to consider an out of court resolution of this case before proceeding to litigation. Additionally, legal counsel for the Plaintiffs has represented that if this case proceeds, the Plaintiffs will seek leave

to file an amended complaint; therefore, it would be more efficient for the Parties and the Court if the Plaintiffs file their Amended Complaint rather than Defendant responding to the initial Complaint.

4. Accordingly, the Parties stipulate and agree that Defendant has no obligation to file an answer to the current Complaint and the Plaintiffs shall have SIXTY (60) DAYS from the entry of this proposed Stipulation and Order to file an amended complaint. If the Plaintiffs file an amended complaint, the Defendant shall have TWENTY-ONE (21) DAYS from the filing of the amended complaint to answer or otherwise respond to the Plaintiffs' amended complaint.

DATED this 9th day of May, 2018.                    DATED this 8th day of May, 2018.

DICKINSON WRIGHT PLLC                               FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P.

/s/ Kenneth Ching                                    /s/ Nathan J. Aman
KENNETH K. CHING                                     NATHAN J. AMAN
Nevada Bar No. 10542                                 Nevada Bar No. 8354
Email: kching@dickinsonwright.com                    Email: naman@renonvlaw.com
100 West Liberty St. Suite 940                       JEREMY B. CLARKE
Reno, NV 89501                                       Nevada Bar No. 13849
Tel: (775) 343-7500                                  Email: jclarke@renonvlaw.com
Fax: (844) 670-6009                                  327 California Ave.
                                                     Reno, NV 89509
*Attorneys for Plaintiffs*
                                                     *Attorneys for Defendant*

\* \* \*

## ORDER

Counsel are reminded that in the future requests for extension of time must comply with LR IA 6-1.

**IT IS SO ORDERED.**

DATED:  May 10, 2018.

/s/ William G. Cobb
UNITED STATES MAGISTRATE JUDGE

RENO 78634-1 29434v1