**DICKINSON WRIGHT PLLC**
BRIAN R. IRVINE
Nevada Bar No. 7758
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 West Liberty St. Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (844) 670-6009
birvine@dickinsonwright.com
jbustos@dickinsonwright.com

*Attorneys for Plaintiffs Daniel Harrington, Pamella Harrington, and Nightwatch Marine, LLC in Case No. 3:18-cv-00028*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HARRINGTON, an individual; PAMELLA HARRINGTON, an individual; and NIGHTWATCH MARINE, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID TACKETT, an individual,<br><br>Defendant. | Case No.: 3:18-cv-00028-WGC<br><br>Case No.: 3:18-cv-00104-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO CONSOLIDATE CASE NO. 3:18-CV-00028-WGC AND CASE NO. 3:18-CV-00104-WGC**<br><br>**[FIRST REQUEST]** |
| NO. 8 MINE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, and STEVEN HARPER,<br><br>Defendants.<br>AND RELATED CROSS ACTIONS | |

DANIEL HARRINGTON, PAMELLA HARRINGTON, and NIGHTWATCH MARINE, LLC (collectively, the "Harringtons"), Plaintiffs in Case No. 3:18-cv-00028; DAVID TACKETT, Defendant in Case No. 3:18-cv-00028 and Counterdefendant/Third-Party Defendant in Case No. 3:18-cv-00104; NO. 8 MINE, LLC, Plaintiff/Counterdefendant in Case No. 3:18-cv-00104; and

-1-

| 1 | THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, and
| 2 | STEVE HARPER, Defendants/Counterplaintiffs/Third-Party Plaintiffs in Case No. 3:18-cv-
| 3 | 00104, by and through their respective attorneys of record, hereby submit this Stipulation to
| 4 | Extend Time to File Response to the Motion to Consolidate Case No. 3:18-cv-00028-WGC and
| 5 | Case No. 3:18-cv-00104-WGC.

The Motion to Consolidate [ECF 56 in Case No. 3:18-cv-00028 and ECF 81 in Case No. 3:18-cv-00104] was filed on March 29, 2019 and pursuant to LR 7-2(b), the last day to file a response to the Motion is April 12, 2019. The parties stipulate that the Harringtons shall have to and including May 31, 2019 in which to file a response to the Motion to Consolidate. The parties to both cases are in the process of scheduling a global mediation in mid-May of 2019 in an attempt to resolve both cases. This extension is agreed to for the convenience of the parties and their counsel and not for any purpose of delay.

Dated this 12th day of April, 2019.

/s/ Brian R. Irvine
BRIAN R. IRVINE
Nevada Bar No. 7758
JUSTIN J. BUSTOS
Nevada Bar No. 10320
DICKINSON WRIGHT PLLC
100 West Liberty St. Suite 940
Reno, NV 89501

*Attorneys for Daniel Harrington, Pamella Harrington, and Nightwatch Marine, LLC*

/s/ Jeffrey B. Setness
Jeffrey B. Setness
FABIAN VANCOTT
411 East Bonneville Avenue, Suite 400
Las Vegas, Nevada 89101
jsetness@fabianvancott.com

*Attorneys for David Tackett and No. 8 Mine, LLC*

/s/ Michael Carrico
Michael Carrico
SMIDT, REIST & KELEHER
4811A Hardware Dr. NW, Suite 4
Albuquerque, New Mexico 87109
mcarrico@srklawnm.com

Dane W. Anderson
WOODBURN ANDWEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
danderson@woodburnandwedge.com

*Attorneys for The Eljen Group,LLC, Elven E. Jennings, Jack Elkins, Franke Lente and Steve Harper*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: **April 15, 2019**