Dane W. Anderson, Esq.
Nevada Bar No. 6883
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, NV 89511
Telephone: 775-688-3000
Facsimile: 775-688-3088
danderson@woodburnandwedge.com

Michael Carrico
Smidt, Reist & Keleher
4811A Hardware Dr. NW, Suite 4
Albuquerque, NM 87109
Telephone: 505-830-2200
Facsimile: 505-830-4400
mcarrico@srklawnm.com

Attorneys for Defendants/Counterplaintiffs/Third Party Plaintiffs
The Eljen Group, LLC,
Elven E. Jennings, Jack Elkins,
Frank Lente and Steve Harper

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NO. 8 MINE, LLC,<br><br>   Plaintiff,<br> v.<br><br>THE ELJEN GROUP, LLC,<br>ELVEN E. JENNINGS, JACK ELKINS,<br>FRANK LENTE, AND STEVE HARPER,<br><br>   Defendants. | Case No.: 3:18-cv-00028-WGC<br><br>Case No.: 3:18-cv-00104-WGC<br><br><br>STIPULATED<br>PRELIMINARY INJUNCTION |
| THE ELJEN GROUP, LLC, ELVEN E.<br>JENNINGS, JACK ELKINS, FRANK<br>LENTE, AND STEVE HARPER<br><br>   CounterPlaintiffs,<br> v.<br><br>NO. 8 MINE, LLC<br>   CounterDefendant. | |

-1-

| | |
|---|---|
| 1 | THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, AND STEVE HARPER |
| 2 | |
| 3 | Third Party Plaintiffs, |
| 4 | v. |
| 5 | DAVID TACKETT, ARGENT ASSET GROUP, LLC, and ROBERT HIGGINS, |
| 6 | |
| 7 | Third Party Defendants. |

This matter having come to be heard on Defendants/Counterplaintiffs The Eljen Group, LLC's, Elven E. Jennings', Jack Elkins', Frank Lente's and Steve Harper's Motion for Preliminary Injunction [ECF No. 69 in Case No.: 3:18-cv-00104-WGC] and in Plaintiff/Counterdefendant No. 8 Mine, LLC and Counterdefendant David Tackett's opposition to the Motion for Preliminary Injunction [ECF No. 78 in Case No.: 3:18-cv-00104-WGC], which requested entry of a reciprocal preliminary injunction, and the Court having considered the parties' respective motions and the arguments of counsel at the June 18, 2019 telephonic conference [Minutes recorded at ECF No. 93 in Case No.: 3:18-cv-00104-WGC], and legal counsel for Daniel Harrington, Pamella Harrington, and Nightwatch Marine, LLC having advised the Court at the June 18, 2019 telephonic conference of their concurrence in a global preliminary injunction, and the Court having been advised by the Parties that all Parties identified herein stipulate to the entry of a global preliminary injunction, the Parties hereby stipulate and agree as follows:

No. 8 Mine, LLC, David Tackett, The Eljen Group, LLC, Elven Jennings, Jack Elkins, Frank Lente, Steve Harper, Daniel Harrington, Pamela Harrington and Nightwatch Marine, LLC shall not dispossess any of the No. 8 Turquoise or Silver Bars in dispute in Case No. 3:18-cv-00028-WGC and Case No. 3:18-cv-00104-WGC until further order of this Court. For purposes of this Order, "No. 8 Turquoise or Silver Bars in dispute" shall be defined to be:

(i) the Number 8 Turquoise previously held in a Sparks, Nevada warehouse and/or at the storage facility at Mr. Jennings' home which was subject to Purchase Agreement

WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, NV 89511
Tel: (775) 688-3000

1    No. 1, [ECF No. 69-4 in Case No.: 3:18-cv-00104-WGC];

2      (ii) the Number 8 Turquoise previously held in a Winnemucca, Nevada warehouse which the subject of Purchase Agreement No. 2 [ECF No. 69-5 in Case No.: 3:18-cv-00104-WGC];

5      (iii) the Turquoise Ore received by David Tackett from Daniel Harrington and Pamella Harrington in or about August, 2017 that is currently in David Tackett's possession;

7      (iv) any Turquoise Ore that is in the possession of Daniel Harrington, Pamella Harrington and/or Nightwatch Marine, LLC;

9      (v) the Number 8 Turquoise acquired by No. 8 Mine, LLC/David Tackett from Paul Sugar, Sr. and/or Paul Sugar, Jr.; and

11     (vi) any silver bars delivered by Argent Asset Group, LLC to the parties, whether directly or indirectly, on or after July 13, 2017, except that this injunction shall not apply to silver bars of a value $50,000 or less in the possession of Elven Jennings to allow for use for personal expenses.

  This Order shall not prohibit the Parties from receiving, performing stabilization services, and/or returning to stabilization customers turquoise that is not "No. 8 Turquoise and Silver Bars in dispute" as defined in the preceding paragraph.

  No Party is required to post a bond at this time.

  The hearing scheduled for August 8, 2019 is hereby vacated.

DATED this 7th day of August, 2019.  DATED this 7th day of August, 2019.

DICKINSON WRIGHT PLLC  FABIAN VANCOTT

*/s/ Brian R. Irvine*  */s/ Jeffrey B. Setness*
BRIAN R. IRVINE  JEFFREY B. SETNESS, ESQ.
Nevada Bar No. 7758  Nevada Bar No. 2820
JUSTIN J. BUSTOS  411 East Bonneville Avenue, Suite 400
Nevada Bar No. 10320  Las Vegas, Nevada 89101
100 West Liberty St. Suite 940  Telephone: (702) 333-4900
Reno, NV 89501  Facsimile: (877) 898-1168
Tel: (775) 343-7500  jsetness@fabianvancott.com
Fax: (844) 670-6009
birvine@dickinsonwright.com  *Attorneys for Defendant David Tackett in*
jbustos@dickinsonwright.com  *Case No. 3:18-CV-00028-WGC*
  *Attorneys for Plaintiff/Counter Defendant*
*Attorneys for Plaintiffs Daniel Harrington,* *No. 8 Mine, LLC and Counter*
*Pamella Harrington, and Nightwatch Marine,* *Defendant/Third Party Defendants David*
*LLC in Case No. 3:18-cv-00028*  *Tackett in Case No. 3:18-CV-00104-WGC*

-3-

| | |
|---|---|
| DATED this 7th day of August, 2019. | DATED this 7th day of August, 2019. |
| SMIDT, REIST & KELEHER | WOODBURN AND WEDGE |
| */s/ Michael Carrico*<br>MICHAEL CARRICO<br>4811A Hardware Dr. NW, Suite 4<br>Albuquerque, New Mexico 87109<br>Telephone: (505) 830-2200<br>Facsimile: (505) 830-4400<br>mcarrico@srklawnm.com | */s/ Dane Anderson*<br>DANE W. ANDERSON<br>Nevada Bar No. 6883<br>6100 Neil Road, Suite 500<br>Reno, Nevada 89511<br>Telephone: (775) 688-3000<br>Facsimile: (775) 688-3088<br>danderson@woodburnandwedge.com |
| | *Attorneys for The Eljen Group, LLC, Elven E. Jennings, Jack Elkins, Frank Lente and Steve Harper, Defendants/Counter Plaintiffs/Third-Party Plaintiffs in Case No. 3:18-CV-00104-WGC* |

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of August 2019.

<u>William G. Cobb</u>
THE HONORABLE WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE