**DICKINSON WRIGHT PLLC**
BRIAN R. IRVINE
Nevada Bar No. 7758
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 West Liberty St. Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (844) 670-6009
birvine@dickinsonwright.com
jbustos@dickinsonwright.com

*Attorneys for Plaintiffs Daniel Harrington,
Pamella Harrington,and Nightwatch
Marine, LLC in Case No. 3:18-cv-00028*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NO. 8 MINE, LLC, <br><br> Plaintiff <br><br> v. <br><br> THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, AND STEVE HARPER, <br><br> Defendants. <br><br> THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, AND STEVE HARPER, <br><br> Counter-Plaintiffs <br><br> v. <br><br> NO. 8 MINE, LLC, <br><br> Counter-Defendant | Case No.: 3:18-cv-00028-WGC <br> (consolidated for limited purpose with <br> Case No.: 3:18-cv-00104-WGC) <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR FAY WARD TO RESPOND TO SUBPOENA DUCES TECUM** <br> (***First Request***) |



|     |
| --- |
| THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, AND STEVE HARPER, |
| Third Party Plaintiffs |
| v. |
| DAVID TACKETT, ARGENT ASSET GROUP, LLC, and ROBERT HIGGINS, |
| Third Party Defendants |
| DAVID TACKETT, |
| Counterclaimant |
| v. |
| THE ELJEN GROUP, LLC, ELVEN E. JENNINGS, JACK ELKINS, FRANK LENTE, AND STEVE HARPER, |
| Counter-Defendants |

Pursuant to the United States District Court, District of Nevada Local Rules, Rule IA 6-1, counsel for DANIEL HARRINGTON, PAMELLA HARRINGTON AND NIGHTWATCH MARINE, LLC, Plaintiffs in Case No. 3:18-CV-00028-WGC (the "Harringtons"), and counsel for third-party witness Fay Ward, through their respective attorneys state:

On September 10, 2019 a Subpoena Duces Tecum for documents and testimony was issued to Fay Ward.

The Subpoena was served on September 11, 2019.

The current response date for Fay Ward to produce documents responsive to the Subpoena is October 17, 2019 at her deposition scheduled for that day.

///
///
///

Pursuant to Local Rule IA 6-1, the respective attorneys for the Harringtons and counsel for Fay Ward agree to extend the time for Fay Ward to produce documents responsive to the Subpoena Duces Tecum up to and including November 4, 2019 in order to allow Fay Ward additional time to gather and produce responsive documents. The parties will reschedule the deposition of Fay Ward at a convenient time for all parties and their counsel.

**IT IS SO STIPULATED.**

Dated this 15th day of October, 2019.   Dated this 15th day of October, 2019.

/s/ Brian R. Irvine   /s/ John R. Funk
BRIAN R. IRVINE   GUNDERSON LAW FIRM
Nevada Bar No. 7758   John R. Funk, Esq.
JUSTIN J. BUSTOS   Nevada State Bar No. 12372
Nevada Bar No. 10320   3895 Warren Way
DICKINSON WRIGHT PLLC   Reno, Nevada 89509
100 West Liberty St. Suite 940
Reno, NV 89501   *Attorneys for Fay Ward*

*Attorneys for Daniel Harrington, Pamella Harrington, and Nightwatch Marine, LLC*

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: October 16, 2019.

THE HONORABLE WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE