UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HARRINGTON, et al., | 3:18-cv-00028-WGC |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | January 6, 2020 |
| DAVID TACKETT, | |
| Defendant. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is the motion of the Stephen M. Dixon, Esq., to withdraw as counsel for Defendant (ECF No. 92). As of the date of this order, no opposition or response has been filed by Defendant Tackett.

**IT IS HEREBY ORDERED** that Defendant's counsel's motion (ECF No. 92) is **GRANTED**. Henceforth, all documents required by the Federal Rules of Civil Procedure to be served on Defendant David Tackett shall be sent to the address set forth in the motion:

> David Tackett
> 2711 East Lakin, No. 2
> Flagstaff, Arizona 86004

**IT IS FURTHER ORDERED** that Defendant's response to Plaintiffs' Motion to Amend the First Amended Complaint (ECF No. 95) shall be filed on or before **Friday, January 24, 2020**.

DEBRA K. KEMPI, CLERK

By: ____/s/_____
    Deputy Clerk