# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HARRINGTON, *et al.*, | 3:18-cv-00028-WGC |
| Plaintiffs, | **ORDER** |
| v. | |
| DAVID TACKETT, | |
| Defendant. | |

On December 11, 2020, this court entered an order to show cause why defendant Tackett should not be found in contempt of court for failing to comply with the court's orders to facilitate the return of the turquoise ore at issue in this action to the Plaintiffs. Tackett was to submit a response to the show cause order before close of business on December 14, 2020. Tackett did not file a response. (ECF No. 144.)

On December 15, 2020, the court entered an order finding Tackett in contempt of court and ordered his arrest if he had returned the subject turquoise ore to Plaintiffs by noon on Friday, December 18, 2020. (ECF No. 147.) Tackett's attorney, Michael Posin, Esq., was ordered to serve the order on his client and to file a notice of compliance. (*Id.* at 7.)  Mr. Posin has not filed the notice indicating he served his client with the order, as directed by the court.

The **U.S. Marshals Service** is directed to **serve** copies of ECF Nos. 136, 137, 138, 139, 140, 141, 143, 144, 145, and 147 on David Tackett at his last known personal and business addresses as follows (per ECF No. 96 and ECF No. 143-2 at 3):

> David Tackett
> 2711 East Lakin, No. 2
> Flagstaff, AZ 86004

> David Tackett
> 2538 E Joshua Ln.
> Flagstaff, AZ 86004

**IT IS SO ORDERED**.

Dated: December 16, 2020.

*/s/ William G. Cobb*
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE