# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANIEL HARRINGTON,
PAMELLA HARRINGTON,
NIGHTWATCH MARINE, LLC,

    Plaintiffs

v.

DAVID TACKETT,

    Defendant

Case No.: 3:18-cv-00028-WGC

**Order**

Re: ECF No. 149

    Mitchell Posin, Esq., who is counsel for defendant David Tackett, has filed a motion to withdraw as counsel for Mr. Tackett. (ECF No. 149.)

    Mr. Posin did not file a proof of service indicating that he served the motion to withdraw on his client, as is required under Local Rule IA 11-6(b). Moreover, under the Local Rule, Mr. Tackett has 14 days from the time he is served with the motion, to file a response, if he so desires.

    On December 15, 2020, the court issued an order finding Mr. Tackett in civil contempt of this court's orders. (ECF No. 147.) The court ordered Mr. Posin to *immediately* serve a copy of the contempt order on his client via e-mail, and to *immediately* contact his client via telephone to advise him of the contents of the contempt order. Mr. Posin was further ordered to file a notice by 5:00 p.m. on December 15, 2020, indicating that he had complied with the court's directive. (ECF No. 147 at 7.) Mr. Posin did not file a notice indicating whether he had complied with the court's order.

Before the court will consider Mr. Posin's motion to withdraw, Mr. Posin shall:

(1) Serve the motion to withdraw as well as a copy of this Order on Mr. Tackett, and file a proof of service with the court. LR IA 11-6(b). Mr. Tackett will then have 14 days to file a response to the motion to withdraw, if he so desires. *Id*.

(2) File a notice that Mr. Posin has electronically served Mr. Tackett with a copy of the court's contempt order (ECF No. 147) no later than **9:00 a.m. on Friday December 18, 2020**.

**IT IS SO ORDERED**.

Dated: December 17, 2020

                                                        _____
William G. Cobb
United States Magistrate Judge