# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DANIEL HARRINGTON,
PAMELLA HARRINGTON,
NIGHTWATCH MARINE, LLC,

   Plaintiffs

v.

DAVID TACKETT,

   Defendant

Case No.: 3:18-cv-00028-WGC

**Order**

Re: ECF No. 152

   Plaintiffs have filed a status report following turquoise inspection. (ECF Nos. 152, 152-1 to 152-4.)

   David Tackett's counsel, Mitchell Posin, Esq., presently has a pending motion to withdraw. Mr. Posin is ordered to immediately **serve** a copy of Plaintiffs' latest filing (ECF Nos. 152, 152-1 to 152-4) on his client.

   In addition, Mr. Posin shall immediately **file** a notice providing the court with Mr. Tackett's email address.

**IT IS SO ORDERED**.

Dated: December 17, 2020

                                                        _____
                                                        William G. Cobb
                                                       United States Magistrate Judge