**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL HARRINGTON, PAMELLA HARRINGTON, NIGHTWATCH MARINE, LLC,<br><br>Plaintiffs<br><br>v.<br><br>DAVID TACKETT,<br><br>Defendant | Case No.: 3:18-cv-00028-WGC<br><br>**Order**<br><br>Re: ECF No. 147 |

On December 15, 2020, the court issued an order finding defendant David Tackett to be in civil contempt of the court's orders. The court found it appropriate to order as part of the civil contempt sanction that Mr. Tackett reimburse Mr. Harrington for the losses he has sustained in connection with his travel to Flagstaff, Arizona, to attempt to achieve return of the turquoise ore. The court ordered Plaintiffs to file a notice documenting the expenses Mr. Harrington has incurred in this regard. (ECF No. 147.)

Plaintiffs filed their notice of expenses. (ECF Nos. 150, 150-1.) The court has reviewed the itemized list of expenses and finds them to be reasonable. Therefore, Mr. Tackett is ordered to reimburse Mr. Harrington for these expenses in the amount of **$1,911.72**.

///

Plaintiffs may deduct these expenses from the $20,000 they are to pay Mr. Tackett in the event he returns the turquoise ore as ordered by the court.

**IT IS SO ORDERED**.

Dated: December 21, 2020

*William G. Cobb*
William G. Cobb
United States Magistrate Judge