UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HARRINGTON, et. al.,<br><br>    Plaintiff<br><br>v.<br><br>DAVID TACKETT,<br><br>    Defendant | Case No.: 3:18-cv-00028-WGC<br><br>**Order**<br><br>Re: ECF No. 183 |

Plaintiffs filed their notice indicating that they seek to have the court impose coercive monetary sanctions against Tackett as a result of his being found in civil contempt of this court's orders. They also wish to reserve their right to bring a motion to amend the judgment from rescission to damages for breach of contract should Tackett not purge his contempt within a reasonable period of time. Additionally, Plaintiffs ask the court to initiate criminal court proceedings, including referral, if necessary, to the United States Attorney for possible prosecution. (ECF No. 183.)

Tackett has up to and including **November 12, 2021**, to file a response. Plaintiffs have up to and including **November 19, 2021**, to file a reply.

**IT IS SO ORDERED**.

Dated: October 29, 2021

William G. Cobb
United States Magistrate Judge