# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HARRINGTON, et al., | 3:18-cv-00028-CSD |
| Plaintiffs, | |
| v. | **ORDER** |
| DAVID TACKETT, | Re: ECF No. 194 |
| Defendant. | |

Before the court is Defendant's Motion for Extension to File Response to Plaintiffs' Motion to Alter or Amend Judgment (ECF No. 194). Defendant requests to and including Monday, March 28, 2022, to file a response to Plaintiffs' Motion to Alter or Amend Judgment (ECF No. 193).

Defendant's Motion for Extension to File Response to Plaintiffs' Motion to Alter or Amend Judgment (ECF No. 194) is **GRANTED**. Defendant shall have to and including **Monday, March 28, 2022**, to file a response to Plaintiffs' Motion to Alter or Amend Judgment (ECF No. 193).

**IT IS SO ORDERED.**

DATED: March 25, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1